**Fill in this information to identify the case:**

Debtor name  SoyNut Butter Company

United States Bankruptcy Court for the:  Northern  District of  IL
(State)

Case number (If known):

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First Midwest Bank | Checking | 0  5  9  1 | $ 25,000 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. Glenview Offices 2014, LLC | $ 7,720 |
|---|---|
| 7.2. | $ |

Debtor  SoyNut Butter Company _____ Case number (if known)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Glenview Offices 2014, LLC _____ $ 7,720 _____
   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                              $ 7,720 _____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  104,256.48 __ – 104,256.48 _____ = ........➜    $ 0 _____
                               face amount      doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ........➜    $ _____
                               face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 0 _____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $ _____
    14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                     % of ownership:

    15.1. _____ _____% _____ $ _____
    15.2. _____ _____% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____ _____ $ _____
    16.2. _____ _____ $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          $ _____

Debtor _____SoyNut Butter Company_____ Case number *(if known)*_____
     Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Soy, Granola, etc. | 03.01.2017 <br> MM / DD / YYYY | $ Unknown | | $ Unknown |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $ 0 |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $ 0 |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $ 0 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

**34. Is the debtor a member of an agricultural cooperative?**

[X] No

[ ] Yes. Is any of the debtor's property stored at the cooperative?

[ ] No

[ ] Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

[ ] No

[ ] Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

[ ] No

[ ] Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

[ ] No

[ ] Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

[ ] No. Go to Part 8.

[X] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desks, chairs, tables, files | $ 0 | _____ | $ 0 |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ 0 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer server, copiers, fax, manufacturing equip. | $ _____ | | $ 0 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |
| **43. Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $ 0 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

[ ] No

[X] Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

[X] No

[ ] Yes

Debtor SoyNut Butter Company
Name _____

Case number (if known)_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached | $ 0 | _____ | $ 0 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor   SoyNut Butter Company _____   Case number *(if known)* _____
Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Glenview Offices 2014, LLC | Lease Hold Interest | 7,720 | | $    0 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $  0 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademark for "I.M. Healthy Soynut Butter" | $  Unknown | | $_____ |
| 61. **Internet domain names and websites**<br>www.soynutbutter.com | $  Unknown | | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Recipe for soynut butter | $  Unknown | | $_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $  Unknown |
|---|

Debtor   SoyNut Butter Company _____   Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➔   $ 0
                    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ 0
_____   Tax year _____   $ 0
_____   Tax year _____   $ 0

73. **Interests in insurance policies or annuities**

_____   $ 0

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Lawsuit against Dixie Dew, Inc.   $ Unknown

**Nature of claim**   Breach of contract/contribution related to manufacturing contaminated soynut products

**Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Possible contribution actions against product suppliers concerning production of contaminated products   $ Unknown

**Nature of claim**   Contribution/Breach of contract

**Amount requested**   $ Unknown

76. **Trusts, equitable or future interests in property**

_____   $ 0

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $ 0
_____   $ 0

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    SoyNut Butter Company _____    Case number _(if known)_____
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 25,000 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 7,720 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 32,500 | 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................    $ 32,750

---

**Fill in this information to identify the case:**

Debtor name _____ Soynut Butter Company _____

United States Bankruptcy Court for the: _____ Northern _____ District of _____ Illinois _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address _____

_____

_____

**Describe the lien** _____

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address _____

_____

_____

**Describe the lien** _____

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

Debtor _____    Case number _(if known)_ _____
       Name

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number    ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____    $_____    $_____

_____

_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.__**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number    ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____    $_____    $_____

_____

_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____
      Name

Case number (if known)_____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SoyNut Butter Company |
| United States Bankruptcy Court for the: | Northern        District of  IL |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:        List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____   Priority amount $_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____   Priority amount $_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____   Priority amount $_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____   Priority amount $_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Lisa Leavitt Garcia and Roland Garcia

c/o Newland & Newland, LLP-121 S. Wilke Road, #301
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$  Unknown

Date or dates debt was incurred    February 21, 2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Travis Struller and Morgan Struller and their child

c/o Newland & Newland, LLP-121 S. Wilke Road, #301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Strict product liability/negligence

$  Unknown

Date or dates debt was incurred    February 21, 2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Kelli Vanderyby and Derek Vanderby

c/o Newland & Newland, LLP-121 S. Wilke Road, #301
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Strict product liability/negligence

$  Unknown

Date or dates debt was incurred    January 20, 2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Brittany Weber & A.J. Weber

c/o Jeffrey M. Goldbert Law Offices -20 N. Clark Street
Chicago, IL 60602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Strict producct liability/negligence

$  Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Mosby, Erin and T.A. Simmons

c/o Newland & Newland, LLP-121 S. Wilke Road, #301
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Strict product liability/negligence

$  Unknown

Date or dates debt was incurred    January 25, 2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Approveche, LLC

c/o Lvingston, Barger, Brandt, & Schroeder, LLP
115 W. JeffersonSt., Suite 400, bloomington, IL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Breach of Contract

$  $32,960

Date or dates debt was incurred    August 15, 2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____
Name  SoyNut Butter Company

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7** Nonpriority creditor's name and mailing address

>SgdW 9a✓Vk
SS' + 4'gWEbdgUW6dhW
Culpeper, VA 22701

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
  Liquidated and neither contingent nor disputed

**Basis for the claim:** Refund

Date or dates debt was incurred   April 20, 2017

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _(*_

---

**3.8** Nonpriority creditor's name and mailing address

Caylen & Melissa Lee and son
2839 Sombrero Circloe
San Ramon, CA 94853

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Product liability

Date or dates debt was incurred   March 5, 2017

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.9** Nonpriority creditor's name and mailing address

Barb Devito
2618 Ruthfitzgerald Drive
Plainfield, IL 60586

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   March 18, 2017

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknown

---

**3.10** Nonpriority creditor's name and mailing address

Aliments Koyo Quebec
4605 Hickmore, St. Laurent
Quebec Canada, H4T 1S5

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Product recall

Date or dates debt was incurred   March 16, 2017

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.11** Nonpriority creditor's name and mailing address

Creative Energy Foods, Inc.
9957 Medford Ave.
Oalland, CA 94603

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Product liability/product recall

Date or dates debt was incurred   March 10, 2017

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

Debtor _____    Case number _(if known)_____
Soynut Butter Company
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

J.S.B. Industries Inc.

130 Crescent Avenue
Chelsea, MA 02510

Date or dates debt was incurred ___March 10, 2017___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _Product recall/product_ liability

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ ___Unknown___

---

**3.13** | **Nonpriority creditor's name and mailing address**

Wold Finer Foods, LLC

1455 Broad Street, 4th Floor
bloomfield, NJ 07003

Date or dates debt was incurred ___March 10, 2017___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** _Product recall/product_ liability

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ ___Unknown___

---

**3.14** | **Nonpriority creditor's name and mailing address**

Tracy O'Neal , c/o Jeffrey M. Goldberg

20 N. Clark St., Suite 3100
Chicago, IL 60602

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** _Product liability/negligence_

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ ___Unknown___

---

**3.15** | **Nonpriority creditor's name and mailing address**

Jewel Food Group, Inc./albertons, LLC

150 Pierce Rd.
Itasca, IL 60143

Date or dates debt was incurred ___March 10, 2017___

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** _Product recall_

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ ___Unknown___

---

**3.16** | **Nonpriority creditor's name and mailing address**

ADM - Soy Oil Division

P.O. Box 92572
Chicago, IL 60675

Date or dates debt was incurred ___March 6, 2017___

Last 4 digits of account number _0_ _1_ _5_ _3_

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Contract_

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ ___16, 596.58___

---

Debtor _____
       Name
       Soy Nut Butter Company

Case number _(if known)_ _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

American International Foods

8066 Fulton Street East

Ada, MI 49301

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

$ 5,000

Date or dates debt was incurred    February 20, 2017

Last 4 digits of account number    3  5  6  0

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Global Sales

1240 E. Ontatrio Ave., #102 PMB #316

Corona, CA 92881

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 1,390.25

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

Avatar Corporation

500 Central Ave.

University park, OL 60484

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 873

Date or dates debt was incurred    February 24, 2017

Last 4 digits of account number    1  2  5  6

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

Best Transportation Services, Inc.

1020 Davey Rd.

Woodridge, IL 60517

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 390.92

Date or dates debt was incurred    February 6, 2017

Last 4 digits of account number    6  3  4  2

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

Bunge Milling, Inc.

2612 Solution Center

Chicago, IL 60677-2006

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 8,589.40

Date or dates debt was incurred    February 28, 2017

Last 4 digits of account number    1  0  0  2

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Soy Nut Butter Company | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Castle Pierce

2247 Ryf Rd.

Oshkosh, WI 54904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

$ 1,799.66

Date or dates debt was incurred    February 24, 2017
Last 4 digits of account number    0  8  2  9

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

Century Container Corp.

2600 S. 25th Ave., #2

Broadview, IL 60155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** contract

$ 2,890.72

Date or dates debt was incurred    February 17, 2017
Last 4 digits of account number    0  0  3  1

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

Stephen L. & Linda Grubb via First Midwest Bank

655 Grove Ave.

Barrington, IL 60010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Line of credit financed through First Midwest

$ 339,597.05

Date or dates debt was incurred    June 1, 2005
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

Coastal Marketing

26 Rainbow Bridge Court

San Ramon, CA 94582

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 429.68

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

CS Brokers

29 Canaveral Dr., Rosedale

Auckland 0632, New Zealand

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 1,752.43

Date or dates debt was incurred    September 12, 2016
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Soy Nut Butter Company
_____
Name

Case number (if known) _____

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

Dixe Dew  Products, Inc.

1360 Jamike Ave.

Erlanger, KY 41018

Date or dates debt was incurred   February 6, 2017

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☐ No
☒ Yes

$  41,913.59

**3.28** | **Nonpriority creditor's name and mailing address**

E.F. Reimann Company

785 Oakwood Rd.

Lake Zurich, IL 60047

Date or dates debt was incurred   April 8, 2016

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☒ No
☐ Yes

$  5,084.93

**3.29** | **Nonpriority creditor's name and mailing address**

FedEx - c/o CT Corporation System

208 S. LaSalle  St., #814

Chicago, IL 60604

Date or dates debt was incurred   March 22, 2017

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$  3,433.63

**3.30** | **Nonpriority creditor's name and mailing address**

First Logistics

7300 Santa Fe Dr.

Hodgkins, IL 60525

Date or dates debt was incurred   February 24, 2017

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$  18,546.12

**3.31** | **Nonpriority creditor's name and mailing address**

HRK Sales & Marketing

2501 Neff Rd.

Dayton, OH 45414

Date or dates debt was incurred   June 30, 2016

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$  3,049.55

Debtor _____Soynut Butter Company_____    Case number (if known) _____
          Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32** | **Nonpriority creditor's name and mailing address**

K&D Networking Marketing

311 S. 3rd St.
Watertown, WI 53094

Date or dates debt was incurred    November 20, 2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 4,025

---

**3.33** | **Nonpriority creditor's name and mailing address**

La Crosse Milling Company

101 WI-35
Cochrane, WI 54622

Date or dates debt was incurred    February 6, 2017
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,040

---

**3.34** | **Nonpriority creditor's name and mailing address**

Lighthouse Logistics

13040 S. Pulaski Rd.
Alsip, IL 60803

Date or dates debt was incurred    November 4, 2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 29,166.50

---

**3.35** | **Nonpriority creditor's name and mailing address**

LME, Inc.

1500 W. 33rd St.
Chicago, IL 60608

Date or dates debt was incurred    February 20, 2017
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 939.01

---

**3.36** | **Nonpriority creditor's name and mailing address**

Mitsubishi International Food Ingredients

c/o Illinois Corporation Service
801 Adlai Stevenson Dr., Springfield, IL 62703

Date or dates debt was incurred    March 28, 2017
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,001.49

---

Debtor _____
Name    Soy Nut Butter Company

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

Natural Products

2211 6th Ave.
Grinnell, IA 50112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

$ 24,450.00

Date or dates debt was incurred    February 27, 2017

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

Orkin Pest Control

5840 North Lincoln Ave.
Chicago, IL 60659

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 63.72

Date or dates debt was incurred    March 1, 2017

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

Packaging Unlimited, LLC

P.O. Box 74008472
Chicago, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 4,256

Date or dates debt was incurred    February 13, 2017

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

Phoenix Closures

1899 High Grove Ln
Naperville, IL 60540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 2,553.03

Date or dates debt was incurred    February 22, 2017

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

RPM Logistics

1901 Raymer Ave.
Fullerton, CA 92833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 1,079.30

Date or dates debt was incurred    February 21, 2017

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Soy Nut Butter Company | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Retail Services, Inc.

10500 Barkley Suite 102
Overland Park, KS 66212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

$ 133.27

Date or dates debt was incurred    September 22, 2016

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Spee-Dee

P.O. Box 1417
St. Cloud, MN 56302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 750.39

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

United Mehadrin Kosher

1001 Prior Avenue South
St. Paul, MN 55116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

$ 8,000

Date or dates debt was incurred    August 1, 2016

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

United Sales and Services, LLC

8011 N. I-70 Frontage Rd.
Arvada, CO 80002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 130.98

Date or dates debt was incurred    February 28, 2017

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Winpak Portion Packaging, Inc.

c/o CT Corporation System
280 S. LaSalle St., #814, Chicago, IL 60604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 4,552.89

Date or dates debt was incurred    March 6, 2017

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Soy Nut Butter Company | Case number (if known) |
|--------|------------------------|-------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Business to Business

161 S. Lincolnway, Suite 304

North Aurora, IL 60542

**Date or dates debt was incurred** March 17, 2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 175

---

**3.48** **Nonpriority creditor's name and mailing address**

Joan Marie Chrast

125 Front Street

Glencoe, MN 55336

**Date or dates debt was incurred** December 3, 2015

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,171.80

---

**3.49** **Nonpriority creditor's name and mailing address**

Garveys Office Products

P.O. Box 5678

Carol Stream, IL 60197-5678

**Date or dates debt was incurred** February 20, 2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 37.37

---

**3.50** **Nonpriority creditor's name and mailing address**

Ready Refresh

P.O. Box 856680

Louisville, KY 40285-6680

**Date or dates debt was incurred** March 8, 2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 8.53

---

**3.51** **Nonpriority creditor's name and mailing address**

National Food Group, Inc.

c/o Varnum, LLP, 333 Bridge St. NW

Grand Rapids, MI 49501

**Date or dates debt was incurred** 03/09/2017

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 39,150.8

---

Debtor _____
Soynut Butter Company
Name                                    Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**  Nonpriority creditor's name and mailing address

GoodSource Solutions

3115 Melrose Drive, Suite 160
Carlsbad, California 92010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Product Recall

$ 7500

Date or dates debt was incurred    03/09/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    __ __ __ __ __

Last 4 digits of account number    ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
       Name

Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 623,550.59 (Plus product liability) |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 623,550.59 (Plus product liability) |

**Fill in this information to identify the case:**

Debtor name ___SoyNut Butter Company___

United States Bankruptcy Court for the: ___Northern___   District of ___IL___
(State)

Case number (If known): _____   Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Glenview Offices 2014, LLC |
| Property/Warehouse at 4216-20 Commercial Way, Glenview, Illinois | 1375 E. Woodfield Road, C50. Schumaburg, Illinois 60173 |
| State the term remaining — Until July 1, 2017 | Michigan Avenue Group Advisory Services, LLC |
| List the contract number of any government contract | 400 Skokie Blvd., Northbrook, Illinois 60062 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor _____     Case number *(if known)*_____
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name     SoyNut Butter Company

United States Bankruptcy Court for the:     Northern        District of     Illinois
                                                                              (State)

Case number (If known):

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Street<br><br>City          State          ZIP Code | | ☐ D<br>E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          ZIP Code | | ☐ D<br>E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____   Case number *(if known)* _____
       Name

| ████ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.__ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Fill in this information to identify the case:

Debtor name _SoyNut Butter Company_

United States Bankruptcy Court for the: _Northern_ District of _Illinois_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2017 to<br>MM / DD / YYYY | Filing date | ☒ Operating a business<br>☐ Other _____ | $449,241.26 |
| For prior year: | From 01/01/2016 to<br>MM / DD / YYYY | 12/31/2016<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $2,831,158.72 |
| For the year before that: | From 01/01/2015 to<br>MM / DD / YYYY | 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $2,533,442.68 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor   SoyNut Butter Company
         _____
         Name

Case number (if known)_____

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| **3.1.** Kinnamon Accounting Services<br>Creditor's name<br>247 Northwest Highway<br>Street<br><br>Barrington, IL 60010<br>City           State           ZIP Code | 02/18/2017 | $ 13,655 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| **3.2.** Glenview Offices 2014, LLC<br>Creditor's name<br>175 E. Woodfield Rd, Suite C50<br>Street<br><br>Scumaburg, Illinois 60173<br>City           State           ZIP Code<br>See attached. | 04/20/2017 | $ 10,057.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Taxes and lease payments |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.**<br>Insider's name<br><br>Street<br><br>City           State           ZIP Code<br><br>**Relationship to debtor** | | $ | |
| **4.2.** Lynn Muckerheide<br>Insider's name<br>4117 Blueberry Lane<br>Street<br><br>Eagan, Minnesota, 55123<br>City           State           ZIP Code<br><br>**Relationship to debtor**<br>Consultant/Board Member/Shareholder | 04/01/2016<br>04/2017 | $ 23,356 | Consulting fees ($22,000) and reimbursement for expenses ($1,356) |

---

Debtor   **SoyNut Butter Company**
_____   Case number (if known)_____
Name

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|
   | 5.1. | | | $ |
   | Creditor's name | | | |
   | Street | | | |
   | City   State   ZIP Code | | | |
   | 5.2. | | | $ |
   | Creditor's name | | | |
   | Street | | | |
   | City   State   ZIP Code | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | | | | $ |
   | Creditor's name | | | |
   | Street | | | |
   | City   State   ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

   | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. | E. Coli Investigation | U.S. Food and Drug Administration<br>Name<br>20 N. Michigan Ave<br>Street<br>Chicago   IL   60602<br>City   State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
   | Case number | | | |
   | 7.2. Simmons v. Soynut Butter Company | Product liability | Northern District of Illinois<br>Name<br>219 S Dearborn St<br>Street<br>Chicago, IL 60604<br>City   State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
   | Case number<br>17-cv-01756<br>See attached | | | |

Debtor   **SoyNut Butter Company**

Name

Case number (if known)_____

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City        State        ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City        State        ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Inventory-SoyNut, Butter, Granola E-Coli Contamination | $0 | 03/17 | $ 350,000+ |

---

Debtor   **SoyNut Butter Company**
_____
Name

Case number (if known)_____

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fuchs & Roselli, Ltd. | | 5/5/2017 | $ 45,000 |

**Address**

440 W. Randolph St.
Street
Suite 550
Chicago, IL 60606
City        State   ZIP Code

Assisted in preparing bankruptcy filings, examining and analyzing FDA claims, e-coli product liability lawsuits and product recall claims, examining insurance coverage issues related to product liability and product recall payments and other legal issues pertaining to e-coli contamination of SoyNut's products. (Not all fees related to bankrutpcy.)

**Email or website address**
rperna@frltd.com

**Who made the payment, if not debtor?**
_____

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

**Address**

_____
Street

_____
City        State   ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor  SoyNut Butter Company
_____
Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | City          State    ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | City          State    ZIP Code | | |

Debtor __SoyNut Butter Company_____   Case number (if known)_____
　　　　　Name

---

**Part 8:**　**Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City　State　ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City　State　ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**　**Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.　Credit Card

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    SoyNut Butter Company                                    Case number (if known)_____
         Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| First Logistics Trans. Serv.<br>Name<br>11859 S. Central Ave<br>Street<br>Alsip, IL 60803<br>City    State    ZIP Code | David Duffy<br>_____<br>Address<br>_____<br>_____ | Recalled soynut butter<br>granola, cornflake crumbs<br>_____ | ☐ No<br>☒ Yes |

Debtor   SoyNut Butter Company
_____
Name

Case number (if known)_____

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    SoyNut Butter Company _____    Case number (if known)_____
            Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State      ZIP Code | City          State      ZIP Code | _____ | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | _____ | Dates business existed |
| | _____ | _____ | |
| | City        State     ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | _____ | Dates business existed |
| | _____ | _____ | |
| | City        State     ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | _____ | Dates business existed |
| | _____ | _____ | |
| | City        State     ZIP Code | | From _____   To _____ |

Debtor  **Soynut Butter Company**
_____
Name

Case number (*if known*)_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Kinnamon Accounting Service<br>Name<br>217 Northwest Highway<br>Street<br><br>Barrnington, Illinois 60010<br>City          State          ZIP Code | From 1998   To 2017 |
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Kinnamon Accounting Service<br>Name<br>217 N. Northwest Highway<br>Street<br><br>Barrnington, Illinois 60010<br>City          State          ZIP Code | From 1998   To 2017 |
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Kinnamon Accounting Services<br>Name<br>217 N. Northwest Highway<br>Street<br><br>Barrnington, Illinois 60010<br>City          State          ZIP Code | _____<br>_____<br>_____ |

---

Debtor  SoyNut Butter Company                                    Case number (if known)_____
        Name

| 26c.2. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | Name | |
| | Street | |
| | City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.
Name
Street
City                State        ZIP Code

**Name and address**

26d.2.
Name
Street
City                State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1.
Name
Street
City                State        ZIP Code

Debtor  SoyNut Butter Company

Name

Case number (if known) _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.

Name _____

Street _____

City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen L. Grubb | 655 Grove Avenue, Barrington, IL 60010 | President | 90% |
| Marsha Broder-Levitt | 730 Creekside Dr., Mt. Prospect, IL 60056 | Secretary | 5% |
| Lynn Muckerheide | Eagan, Minnesota | Board Member | 5% |
| Emily Muckerheide | Eagan, Minnesota | Board Member | |
| Linda Grubb | 655 Grove Avenue, Barrington, IL 60010 | Board Member | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Steven L. Grubb | 8,000/month | 05/01/2016 | Salary |
| Name | | 04/07/2017 | |
| 655 Grove Avenue | | | |
| Street | | | |
| Barrington, IL 60010 | | | |
| City              State        ZIP Code | | | |
| Relationship to debtor | | | |
| President/Shareholder | | | |

Debtor   SoyNut Butter Company                          Case number (if known)_____
_____
Name

|  | Name and address of recipient | $6,291 | 04/01/2016 | Salary |
|---|---|---|---|---|
| 30.2 | Marsha Levitt | | 04/07/2017 | |
| | Name | | | |
| | 730 Creekside Dr. | | | |
| | Street | | | |
| | Mt. Prospect, IL 60056 | | | |
| | City                    State            ZIP Code | | | |

**Relationship to debtor**

Secretary/Shareholder/Sales Representative/Office Staff

See attached sheet

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____
MM / DD / YYYY

✗ /Stephen L. Grubb                      Printed name  /Stephen L. Grubb
_____                 _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No

☒ Yes

| | Form 207, Transfers Before Bankruptcy Cont. | | |
|---|---|---|---|
| Creditors Name | Date | Total Amount of value | Reason for payment |
| Andona Foods | 1/3/2017-3/06/2017 | 28,000 | Service |
| Dixie Dew Products | 2/9/2017-03/02/2017 | $18,397 | Service |
| First Midwest | 2/15/2017-4/07/2017 | $18,553 | Loan pay off |
| First Logisitics | 2/9/2017-3/15/2017 | $10,479 | Service |
| ADM Soy Oil Division | 2/9/2017 | $17,542 | Materials |
| LaCrosse Milling Company | 2/9/2017-2/15/2017 | $9,320 | Service |
| Natural Products, Inc. | 2/23/2017 | $23,610 | Vendor |
| Fuchs & Roselli | 3/16/2017-5/5/2017 | $45,000 | Legal Services |
| Basic Grains | 3/9/2017 | $19,736 | Vendor |

**Debtor Name:** SoyNut Butter Company

Official Form 207

Part 3 (Cont.):

7.3

Case Title: *Brittany Weber et al, v. SoyNut Butter Company*

Case Number: 17 -L-2440

Court: Circuit Court of Cook County, Illinois

Richard J. Daley Center,

50 W Washington St #1001,

Chicago, IL 60602
Nature of Case: Product Liability

Status of Case: Pending

7.4

Case Title: *Leavitt Garcia et al. v. SoyNut Butter Company, et al.*

Case Number: 17-cv-01932

Court: United States District Court Northern District of Illinois

219 N. Dearborn St.

Chicago, IL 60604

Nature of Case: Product Liability

Status of Case: Pending


7.5

Case Title: *Vanderby et al. v. SoyNut Butter Company, et al.*

Case Number: 17-cv-02055

Court: United States District Court Northern District of Illinois

219 N. Dearborn St.

Chicago, IL 60604

Nature of Case: Product Liability

Status of Case: Pending

7.6

Case Title: *Stuller et al. v. SoyNut Butter Company, et al.*

Case Number: 17-cv-02138

Court: United States District Court Northern District of Illinois

219 N. Dearborn St.

Chicago, IL 60604

Nature of Case: Product Liability

Status of Case: Pending

7.7

Case Title: *Aproveche, LLC. v. SoyNut Butter Company, et al.*

Case Number: 17-LM8

Court: Circuit Court of the Sixth Judicial Circuit, County of Piatt

101 W. Washington Street

Monticello, IL 61856

Nature of Case: Product Liability

Status of Case: Pending

**Debtor Name:** SoyNut Butter Company

Official Form 207

Part 13 (Cont.):


30.3

**Name and Address of Recipient:**

Linda F. Grubb

655 Grove Ave

Barrington, IL 60010

**Amount of Money or Description of Property**

$2,500 per month

**Dates:**

04/01/2016-04/07/2017

**Reason for providing the value:**

Salary


30.4

**Name and Address of Recipient:**

Jack C. Grubb

100 Purpose Road

Pippa Passes, KY, 41844

**Amount of Money or Description of Property**

$4,000 per month

**Dates:**

04/01/2016-04/07/2017

**Reason for providing the value:**

Salary

**Fill in this information to identify the case:**

Debtor name   SoyNut Butter Company _____

United States Bankruptcy Court for the:   Northern _____ District of   IL ____
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................   $ 0 _____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................   $ 32,750 _____

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.........................................................   $ 32,750 _____

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................   $ 0 _____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................   $ 0 _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................   **+** $ 623,550.59 (plus product liability claims)

4. **Total liabilities**.........................................................................   $ 623,550.59 (plus product liability claims)
   Lines 2 + 3a + 3b