**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-14970 |
| | ) | |
| SOYNUT BUTTER COMPANY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |
| | ) | |
| | ) | Hearing Date: November 14, 2018 |
| | ) | Hearing Time: 10:00 a.m. CT |

**COVER SHEET FOR FIRST AND FINAL APPLICATION FOR COMPENSATION OF
CLAIMS EVALUATOR PHILIP PFAFFLY AND THE PFAFFLY LAW FIRM**

| | |
|---|---|
| Name of Applicant: | Philip Pfaffly |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee Gus A. Paloian |
| Date of Appointment: | April 25, 2018 |
| Period for which Compensation and Reimbursement is Sought: | April 25, 2018 to October 23, 2018 |
| Amount of Final Compensation Sought: | $77,320.00 |
| Amount of Final Expense Reimbursement Sought: | $ 0.00 |
| This is an: | __X_ Final ____ Interim Application. |

Prior Applications:

None

51506287v.6

Dated: October 24, 2018

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By: /s/ Dev Sinha
    Dev Sinha
Gus A. Paloian (06188186)
James B. Sowka (6291998)
Dev Sinha (6314007)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
gpaloian@seyfarth.com
jsowka@seyfarth.com
dsinha@seyfarth.com

*Counsel to Chapter 7 Trustee,
Gus A. Paloian*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-14970 |
| | ) | |
| SOYNUT BUTTER COMPANY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |
| | ) | |
| | ) | Hearing Date:  November 14, 2018 |
| | ) | Hearing Time: 10:00 a.m. CT |

**NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION OF CLAIMS EVALUATOR PHILIP PFAFFLY AND THE PFAFFLY LAW FIRM AND HEARING**

TO:   PARTIES ON ATTACHED GENERAL SERVICE LIST

PLEASE TAKE NOTICE that on October 24, 2018, the Chapter 7 Trustee filed on behalf of Philip Pfaffly and the Pfaffly Law Firm (the "Applicant") the **First And Final Application For Compensation of Claims Evaluator Philip Pfaffly and the Pfaffly Law Firm** (the "Application") with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court").  In the Application, Applicant seeks final compensation in the amount of $77,320.00 and final reimbursement of expenses in the amount of $0.00.  Notice of the Application is being served upon:  (A) the Office of the United States Trustee;  (B) all creditors and parties-in-interest; and (C) all CM/ECF notice recipients.  All other entities may obtain copies of the Application upon request to:  Ms. Jennifer M. McManus, Seyfarth Shaw LLP, 233 South Wacker Drive, Suite 8000, Chicago, Illinois 60606; jmcmanus@seyfarth.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Application will be held before the Honorable LaShonda A. Hunt, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in the courtroom

51506287v.6

normally occupied by Her Honor, Courtroom 719, located at 219 South Dearborn Street, Chicago, Illinois 60604, on **Wednesday, November 14, 2018, at 10:00 a.m. prevailing Central Time**, or as soon thereafter as the undersigned counsel may be heard.

Dated: October 24, 2018

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By: /s/ Dev Sinha
  Dev Sinha
  Gus A. Paloian (06188186)
  James B. Sowka (6291998)
  Dev Sinha (6314007)
  SEYFARTH SHAW LLP
  233 South Wacker Drive, Suite 8000
  Chicago, Illinois 60606
  Telephone: (312) 460-5000
  Facsimile: (312) 460-7000
  gpaloian@seyfarth.com
  jsowka@seyfarth.com
  dsinha@seyfarth.com

  *Counsel to Chapter 7 Trustee,*
  *Gus A. Paloian*

2

51506287v.6

## CERTIFICATE OF SERVICE

The undersigned non-attorney certifies that on this 24th day of October, 2018, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), she caused a copy of the attached:

1.      **First And Final Application For Compensation of Claims Evaluator Philip Pfaffly and the Pfaffly Law Firm** to be served electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List; and

2.      **Notice of First And Final Application For Compensation of Claims Evaluator Philip Pfaffly and the Pfaffly Law Firm** to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, and (2) upon each of the parties identified on the attached **General Service List** by causing the same to be deposited into the United States Mail chute located at 233 South Wacker Drive, Chicago, Illinois 60606, in properly-addressed envelopes with sufficient first-class postage prepaid.

_/s/ Jennifer M. McManus_
Jennifer M. McManus

Subscribed and sworn to before
me this 24th day of October, 2018

_/s/ Jennifer B. Woods_
Notary Public

JENNIFER B WOODS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 17, 2019

51506287v.6

# SOYNUT BUTTER COMPANY
# SERVICE LIST

**SERVICE VIA CM/ECF**

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Joseph A. Baldi | jabaldi@baldiberg.com, jmanola@baldiberg.com; r51351@notify.bestcase.com |
| William J. Connelly | wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com |
| David R. Doyle | ddoyle@foxrothschild.com, kjanecki@foxrothschild.com |
| John Eggum | jeggum@fgppr.com, mmcnulty@fgppr.com |
| Richard M. Fogel | fogel@foxrothschild.com |
| Craig T. Goldblatt | craig.goldblatt@wilmerhale.com |
| Susan N.K. Gummow | sgummow@fgppr.com, bcastillo@fgppr.com |
| Paula K. Jacobi | pjacobi@btlaw.com, jsantana@btlaw.com |
| Colette L. Kopon | ckopon@koponairdo.com |
| Shomshon Moskowitz | smoskowitz@frltd.com, dguerrero@frltd.com |
| Gary Newland | gary@newlandlaw.com, mike@newlandlaw.com; steve@newlandlaw.com |
| Paul Parker | pparker@karballaw.com, wkarbal@karballaw.com; ctowns@karballaw.com |
| Richard C. Perna | rperna@frltd.com, pgutierrez@frltd.com |
| Mark Radtke | mradtke@foxrothschild.com, plove@foxrothschild.com, chdocket@foxrothschild.com |
| Marcos Reilly | mreilly@hinshawlaw.com, courtfiling@hinshawlaw.com; anardulli@hinshawlaw.com |
| Joel H. Shapiro | jshapiro@kksclaw.com |
| Craig Young | craig.young@kutakrock.com, andrea.calderon@kutakrock.com |

39607626v.1

**SERVED VIA CERTIFIED U. S. MAIL, POSTAGE PREPAID**

Mark G. Sander, President
First Midwest Bank
f/k/a The People's Bank of Arlington Heights
One Pierce Place
Itasca, Illinois 60143

**VIA UNITED STATES MAIL**

ADM Soy Oil Division (not deliverable at this address)
P.O. Box 92572
Chicago, IL  606375

ALLEN, ALLEN, ALLEN & ALLEN
Counsel for Jamie Hustad
1809 Staples Mill Road
Richmond, VA  23230

American International Foods
8066 Fulton Street East
Ada, MI  49301

Aliments Koyo Quebec
4605 Hickmore, St. Laurent
H4T 1S5
Quebec Canada

Avatar Corporation
500 Central Avenue
University Park, IL 60484

Aproveche, LLC
c/o Livingston, Barger, Brandt & Schroeder
115 W. Jefferson Street, Suite 400
Bloomington, IL 61701

Best Transportation Services, Inc.
1020 Davey Road
Woodridge, IL 60517

Barb Devito
2618 Ruthfitzgerald Drive
Plainfield, IL 60586

Bunge Milling, Inc.
2612 Solution Center
Chicago, Illinois 60677-2006

Brittany Weber & A.J. Weber
c/o Jeffrey M. Goldbert Law Offices
20 N. Clark Street
Chicago, IL 60602

Castle Pierce
2247 Ryf Road
Oshkosh, WI 54904

Business to Business
161 S. Lincolnway, Suite 304
North Aurora, IL 60542

Caylen & Melissa Lee and Son (not deliverable as addressed)
2839 Sombrero Circle
San Ramon, CA 94853

Century Container Corp. (not deliverable as addressed)
2600 S. 25th Avenue, #2
Broadview, L 60155

Paul Barrett Kiernan
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA 92101

Creative Energy Foods, Inc.
9957 Medford Avenue
Oakland, CA  94603

2

| | |
|---|---|
| Coastal Marketing<br>26 Rainbow Bridge Court<br>San Ramon, CA 94582 | Robert C. Carl<br>10827 Charismatic Lane<br>Union, KY  41091 |
| CS Brokers<br>29 Canaveral Dr., Rosedale<br>Auckland 0632, New Zealand | Dixie Dew Products, Inc.<br>1360 Jamike Avenue<br>Erlanger, KY 41018 |
| E.F. Reimann Company<br>785 Oakwood Road<br>Lake Zurich, IL 60047 | Estes Express Lines<br>3901 W. Broad Street<br>Richmond, VA 23230 |
| FedEx<br>c/o CT Corporation System<br>208 S. LaSalle Street, #814<br>Chicago, IL 60604 | First Logistics<br>11859 South Central Avenue<br>Alsip, IL 60803 |
| Garveys Office Products<br>P.O. Box 5678<br>Carol Stream, IL 60197-5678 | Glenview Offices 2014, LLC<br>1375 E. Woodfield Road, C50<br>Schaumburg IL 60173 |
| Global Sales<br>1240 E. Ontario Avenue<br>#102 PMB #316<br>Corona, CA 92881 | GoodSource Solutions<br>3115 Melrose Drive<br>Suite 160<br>Carlsbad, CA 92010 |
| HRK Sales & Marketing<br>2501 Neff Road<br>Dayton, OH 45414 | J.S.B. Industries Inc.<br>130 Crescent Avenue<br>Chelsea, MA 02510 |
| Jewel Food Group, Inc./Albertsons, LLC<br>150 Pierce Road<br>Itasca, IL 60143 | K&D Networking Marketing<br>311 S. 3d Street<br>Watertown, WI 53094 |
| Joan Marie Chrast<br>125 Front Street<br>Glencoe, MN 55336 | Lauren Goldy<br>2259 Blue Spruce Drive<br>Culpeper, VA 22701 |
| Kelli Vanderyby<br>Derek Vanderby<br>c/o Newland & Newland, LLP<br>121 S. Wilke Road #301<br>Arlington Heights, IL 60005 | Lisa Leavitt Garcia<br>Roland Garcia<br>c/o Newland & Newland LLP<br>121 S. Wilke Road #301<br>Arlington Heights, IL 60005 |

3

La Crosse Milling Company
P.O. Box 86
Cochrane, WI 54622

Lighthouse Logistics (not deliverable at this address)
13040 S. Pulaski Road
Alsip, IL 60803

LME, Inc. (not deliverable at this address)
1500 W. 33rd Street
Chicago, IL 60608

Mitsubishi International Food Ingredients
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

Mosby, Erin and T.A. Simmons
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

Natural Products
2211 6th Avenue
Grinnell, IA 50112

Packaging Unlimited, LLC
P.O. Box 74008472
Chicago, IL 60674

Property/Warehouse (not deliverable at this address)
At 4216-20 Commercial Way
Glenview, IL

Retail Services, Inc.
10500 Barkley Suite 102
Overland Park, KS  66212

Spee-Dee
P.O. Box 1417
St. Cloud, MN  56302

MI Ave Group Advisory Svcs LLC
(not deliverable at this address)
400 Skokie Blvd.
Northbrook, IL 60062

National Food Group, Inc.
c/o Varnum, LLP
333 Bridge St. NW
Grand Rapids, MI 49501

Orkin Pest Control
5840 North Lincoln Avenue
Chicago, IL 60659

Phoenix Closures
1899 High Grove Lane
Naperville, IL 60540

Ready Refresh
P.O. Box 856680
Louisville, KY 42085-6680

RPM Logistics
1901 Raymer Avenue
Fullerton, CA 92833

Travis Struller Morgan Struller and their child
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

United Sales and Services, LLC
8011 N. Interstate 70 Frontage
Arvada, CO  80002

World Finer Foods LLC
1455 Broad Street 4th Floor
Bloomingfield, NJ  07003

Rachel J. Brandt
*Counsel for  Aproveche, LLC*
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson Street, Suite 400
Bloomington, IL  61701-3457

4

39607626v.1

Tracy O'Neal
c/o Jeffrey M. Goldberg
20 N. Clark Street, Suite 3100
Chicago, IL 60602

United Mehadrin Kosher
1001 Prior Avenue South
St. Paul, MN 55116

Winpak Portion Packaging, Inc.
c/o CT Corporation System
280 S. LaSalle Street, #814
Chicago, IL 60604

Stephen Grubb
655 Grove Avenue
Barrington, IL 60010

Peter C. Grenier
*Counsel for Elizabeth Ramchand,
and Sunil Ramchand*
Grenier Law Group PLLC
1400 L Street, NW, Suite 420
Washington, DC  20005-3509

Dixie Dew
c/o Lev K. Martyniuk
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH  45202

Lee H. Ogburn
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202-3201

Andrew J. Lang
Compliance Officer
Office of Human & Animal Food Operations
U.S. Food and Drug Administration
6751 Steger Drive
Cincinnati, OH 45237-7070

Peter Feighan
Senior Home Office Consultant
Major Case Unit – Liability
One Hartford Plaza
Hartford, Connecticut 06155

Arnold Golden, d/ba/ Dearlove Office Center
Landlord (not deliverable at this address)
4529 Commercial Way
Glenview, IL  60025

Jeffrey M. Goldberg
*Counsel for Plainitffs Weber & O'Neal*
JEFFREY M. GOLDBERG LAW OFFICES
20 North Clark Street, Suite 3100
Chicago, IL 60602

Jory D. Lange, Jr.
Alex Barlow
ROBINS CLOUD LLP
2000 West Loop South, Suite 2200
Houston, TX  77027

Christopher T. Lee
Dickie McCamey
*Counsel for Defendant Dixie Dew
Products, Inc.*
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Adam and Elizabeth Bagerski
5705 NE 30th Avenue
Portland, OR 97211

5

39607626v.1

| | |
|---|---|
| William D. Marler, Esq.<br>*Counsel for Plaintiffs Simmons, Leavitt-Garcia. Vanderby, Weber, Stuller, Richardson, Cunningham*<br>MARLER CLARK LLP PS<br>1012 First Avenue, Fifth Floor<br>Seattle, WA 98104-1008 | World Finer Foods LLC<br>Attn: Susan Guerin<br>1455 Broad Street, 4th Floor<br>Bloomfield, New Jersey 07003 |
| Michael G. Latiff<br>McDonald Hopkins<br>*Counsel for Plaintiffs Jewel Foods et al.*<br>39533 Woodward Avenue, Suite 318<br>Bloomfield Hills, MI 48304 | Hannah Cash<br>960 Idylwood Drive SW<br>Issaquah, WA 98027 |
| David A. Izzo<br>LAW OFFICE OF DAVID A. IZZO<br>33 N. Dearborn Street, Suite 1605<br>Chicago, IL 60602 | Peter Ebb<br>1 Fairbanks Place<br>Natick, MA 01760 |
| Ms. Stephanie Duley<br>Claims Examiner – Liability<br>Target Guest Reporting Center<br>Sedgwick Claims Management Services, Inc.<br>P.O. Box 14453<br>Lexington, KY 40512-4453 | Andrea and Chris Guillet<br>5022 NE Going Street<br>Portland, OR 97218 |
| Selective Insurance Company of South Carolina<br>3426 Toringdon Way<br>Charlotte, NC 28277 | Aidan Klingelhoffer<br>161 Masonic Avenue<br>San Francisco, CA 94118 |
| Mr. Richard Matsuura<br>Claims Representative<br>Sedgwick Claims Management Services, Inc.<br>P.O. Box 14012<br>Lexington, KY 40512 | Lisa Leavitt-Garcia<br>231 Branbury Drive<br>Campbell, CA 95008 |
| McDonald Hopkins<br>39533 Woodward Avenue, Suite 318<br>Bloomfield Hills, MI 48304 | Julian Murph<br>1916 NE Ridgewood Drive<br>Portland, OR 97212 |
| Nico Carter-Weaver<br>6215 NE 8th Avenue<br>Portland, OR 97211 | Lily O'Neal<br>6218 Braden Run<br>Bradenton, FL 34202 |

39607626v.1

| | |
|---|---|
| Joseph Giannone<br>12714 Lake Silver Avenue<br>Bradenton, FL 34211 | Trevor Simmons<br>1082 Valentine Court<br>San Jose, CA 95120 |
| Michael Kratz<br>6 Wembury Court<br>St. Louis, MO 63131 | Lucy Stuller<br>1022 S. 208th<br>Des Moines, WA 98198 |
| Melissa Lee<br>2839 Sombrero Circle<br>San Ramon, CA 94583 | Aiden Jones (not deliverable at this address)<br>5350 E. Taylor Street<br>Apt. 253<br>Phoenix, AZ 85008 |
| Finley Oleksiak<br>3824 NE 22nd Avenue<br>Portland, OR 97212 | Austin Weber<br>5306 Falling Leaves Lane<br>McFarland, WI 53558 |
| Michael J. Richardson (Undeliverable)<br>895 East Oak Drive<br>Munds Park, AZ 86017 | Kelli Vanderby<br>407 Jacquelyn Lane<br>Petaluma, CA 94952 |
| Samuel Schechter<br>18168 Westminster Drive<br>Lake Oswego, OR 97034 | Evan Stoll<br>4611 Sheppard Manor Drive<br>Ellicott City, MD 21042 |
| Cameryn Sherbo<br>22935 SW Hosler Way<br>Sherwood, OR 97120 | Christina Morning<br>Accounting Specialist<br>Indianhead Foodservice Distributor<br>313 Hastings Place, P.O. Box 1506<br>Eau Claire, WI 54702 |
| Laurence and Susan Shiff<br>27 Chelsea Drive<br>Livingston, NJ 070396 | Jacqueline White<br>14825 Cox Creek Court<br>Haymarket, VA 20169 |
| Carpenter, Zuckerman & Rowley, LLP<br>*Counsel for William L. Mandolph III*<br>8827 W. Olympic Blvd.<br>Beverly Hills, CA 90211 | William D. Nefzger<br>*Counsel for Andre D. Wells*<br>Bahe, Cook, Cantley & Nefzger, PLC<br>The BCCN Building<br>1041 Goss Avenue<br>Louisville, KY 40217 |
| Christopher Daniel Shaw<br>124-16 25th Avenue<br>College Point, NY 11356 | Danielyne Petion<br>169 Cumberback Street<br>Wyandanch, NY 11798 |

7

Caylen and Melissa Lee
2389 Sombrero Circle
San Ramon, CA  94583

8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 17-14970 |
| SOYNUT BUTTER COMPANY, | Chapter 7 |
| Debtor. | Hon. LaShonda A. Hunt |

**CHAPTER 7 TRUSTEE'S MOTION TO APPROVE PROFESSIONAL
FEES OF *E.COLI* CLAIMS-EVALUATOR PHILIP PFAFFLY
AND AUTHORIZE PAYMENT OF APPROVED FEES**

Gus A. Paloian, not individually or personally, but solely in his capacity as Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate ("Estate") of SoyNut Butter Company ("SoyNut" or "Debtor"), hereby moves this Court pursuant to 11 U.S.C. §§ 330, 503(b), 726 and 105 for entry of an order approving the professional fees of the *E.coli* Claims Evaluator, Philip Pfaffly, for services rendered by him to the Estate and authorizing the payment of approved fees ("Motion"). In support of the Motion, the Trustee states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2. SoyNut was a marketer of SoyNut Butter, a nut-free substitute for peanut butter. SoyNut also marketed granola, and other products incorporating SoyNut Butter. Products were sold to consumers, distributors and to manufacturers for incorporation into other products.

Page 1 of 7

51506287v.6

3.  SoyNut products were manufactured by an independent third-party manufacturer, Dixie Dew, located in Erlanger, Kentucky.

4.  In March of 2017, the Food and Drug Administration ("FDA") and the Center for Disease Control ("CDC") advised SoyNut of a multi-state outbreak of illness linked to SoyNut products. Several consumers were affected and initiated litigation actions.

5.  SoyNut commenced Bankruptcy Case no. 17-14970 by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on May 12, 2017. On the same day, Gus A. Paloian was appointed as Trustee.

6.  The Trustee moved to retain Philip Pfaffly and the Pfaffly Law Firm as the "Claims Evaluator" for all *E.coli* personal injury creditors. Mr. Pfaffly's background, qualifications and proposed fee agreement were described in the Motion to Employ Mr. Pfaffly as the Claims Evaluator (Dkt. No. 57).

7.  No objections were raised to Mr. Pfaffly's proposed employment.

8.  On April 25, 2018, the Court entered an Order approving Mr. Pfaffly's appointment, which is attached here as Exhibit A.

9.  Under the Court-approved Procedures specifically governing *E.coli* claimants, Philip Pfaffly, the Claims Evaluator, has completed his evaluation of all submitted claims.[1] He has transmitted to the Trustee a list of all qualified *E.coli* claimants entitled to a distribution from the Estate.

10. Mr. Pfaffly has fully complied with the procedures outlined by this Court and his affidavit is attached here as Exhibit B. At this time, with the Claims Evaluator having complied

---

[1] See Order Granting Motion to Employ Philip Pfaffly as Special *E.coli* Claims Evaluator [DE 73].

with the court procedures, and the Claims Bar Date having passed,[2] the Trustee moves the Court to approve the fees charged by Mr. Pfaffly and authorize payment of fees as an administrative expense for the Estate.

11. The Trustee has reviewed Mr. Pfaffly's fees and supports their payment as an administrative expense. Upon review, they are (i) under the estimate of $85,000.00 originally provided and (ii) they are supported by the timesheets submitted by him, which are attached as an exhibit to his affidavit. See Exhibit B.

**ARGUMENT**

A. **Approval of professional fees under 11 U.S.C. § 330**

12. Section 330(a)(1) provides for "reasonable compensation" for "actual, necessary services" rendered by a "professional person or attorney." Here, Mr. Pfaffly was appointed pursuant to a Court Order to reduce and liquidate *E. coli* personal injury claims against the estate. The terms of this proposed employment were (i) a $85,0000 cap on the fees assessed by him, and (b) an hourly rate of $400 per hour for services rendered. The hourly rate was fixed between the Trustee and Mr. Pfaffly following negotiations.

13. Mr. Pfaffly has evaluated the thirty submitted *E.coli* personal injury claims. He has provided the trustee with the fixed value for each claim. See Exhibit B, ¶¶ 6-9.

14. Mr. Pfaffly has expended 193.3 hours of his time since his appointment. His fees, fixed by Court Order, are at the rate of $400 per hour. In total, the fees requested by him are $77,320.00, which are below the cap and below the Trustee's estimate of $85,000.00.

15. Given the complexity of each claim, and Mr. Pfaffly's expertise, the time spent by him is fair and reasonable. While the number of hours fairly and properly devoted to a case may

---

[2] See Order Granting Motion to Set Last Day to File Proofs of Claim [DE 85] (setting a claims bar date of August 3, 2018).

aid the Court in arriving at a reasonable compensation, the Court should also acknowledge the skill and expertise of the professional person and the capacity to perform high quality services in specialized fields. *See In Garland Corp.,* 8 B.R. 826, 830 (Bankr. D. Mass. 1981) (diligence, experience, skill and results should be awarded). Here, the Estate has been able to consensually resolve *E.coli* personal injury claims stemming from the Outbreak for a sum close to the assessed fees of Mr. Pfaffly. Litigating each claim independently would have taken significantly more funds. That would have led to the further incurrence of attorney's fees and possibly fees for expert witnesses. If incurred, such post-petition attorney's fees would likely have been entitled to administrative expense priority over unsecured creditors under Section 503(b). That would have reduced the amounts available for distribution to unsecured creditors. Mr. Pfaffly's services as the Claims Evaluator provided the Estate with a significant benefit in effectively administering the Estate and maximizing the return to creditors.

16. As outlined in Mr. Pfaffly's affidavit, the time spent by him on the review of submitted *E. coli* claims was necessary for determining the value of each claim. He attests that his timesheets accurately reflect the time spent by him on this case. Therefore, his fees should be approved in the amount of $77,320.00 for services rendered to the Estate under Section 330 of the Bankruptcy Code.

    **B.**    **Authorization for Payment of Mr. Pfaffly's Fees under 11 U.S.C. § 726.**

17. This is the Trustee first and final request on behalf of Mr. Pfaffly for payment of fees. Further services are not required from Mr. Pfaffly.

18. Mr. Pfaffly is a professional person retained by the Estate. His approved fees are entitled to administrative expense priority under Section 503(b). *See* 11 U.S.C § 503(b)(2) (bankruptcy court approved fees under Section 330 are entitled to administrative expense priority). Such fees must be shared *pro-rata* with other administrative expense claimants. In this

case, the Trustee has sufficient funds to pay all administrative expense fees in full. Thus, the Court should allow for a full distribution to Mr. Pfaffly for his approved fees.

19. Bankruptcy Code section 726 sets forth the scheme for final distributions of property to creditors in Chapter 7 cases. 11 U.S.C. § 726. The Court is empowered to approve the issuance of final distributions to creditors pursuant to Bankruptcy Code section 105(a), which authorizes the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). In practice, section 105(a) of the Bankruptcy Code grants bankruptcy courts broad statutory authority to enforce the Bankruptcy Code's provisions either under the specific statutory language of the Bankruptcy Code or under equitable common law doctrines. *See Momentum Mfg. Corp. v. Employee Creditors Comm. (In re Momentum Mfg. Corp.)*, 25 F.3d 1132, 1136 (2d Cir. 1994).

20. One of the principal duties of the Trustee is "to collect and reduce to money the property of the estate…and close such estate as expeditiously as is compatible with the best interests of the parties in interest." *See* 11 U.S.C. § 704(a)(1); *see also* U.S. Department of Justice, Executive Office for United States Trustees Handbook for Chapter 7 Trustees Effective October 1, 2012 ("U.S. Trustee Handbook"), Section 4(A) ("A chapter 7 case must be administered to maximize and expedite dividends to creditors"). The Trustee has recovered a significant amount of money for the benefit of the Estate, and he anticipates additional recoveries from a settlement reached with Sentinel Insurance Company, Limited ("Sentinel").

21. The U.S. Trustee Handbook provides that a chapter 7 trustee may issue a final distribution to creditors upon entry of a bankruptcy court permitting same. *See* UST Handbook, Section 4(J)(1). In addition, some courts have found that a chapter 7 trustee is prohibited from issuing final distributions absent entry of a court order permitting same. *In re Quid Me*

*Broadcasting, Inc.*, 181 B.R. 715, 719 (Bankr. W.D.N.Y. 1995). Based on the facts and circumstances of the case, the Trustee submits that entry of a court order approving the distribution of approved fees of Mr. Pfaffly is necessary and appropriate at this time. Reasonably prompt payment will also ensure that specialized professionals are not weary of entering into agreements with bankruptcy estates.

22. The Trustee further submits that the distribution of fees to Mr. Pfaffly is appropriate under the Trustee's business judgment  Once the Trustee articulates a sound business justification, "[t]he business judgment rule 'is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action was in the best interests of the company." *In re S.N.A. Nut Company*, 186 B.R. 98 (Bankr. N.D. Ill. 1995); *In re Integrated Resources, Inc.*, 147 B.R. 650, 656 (S.D.N.Y. 1992); *In re Johns-Manville Corp.*, 60 B.R. 612, 615-16 (Bankr. S.D.N.Y. 1986) ("a presumption of reasonableness attaches to a Debtor's management decisions."). When applying the "business judgment" rule, courts show great deference to trustees' decision-making. *See Summit Land Co. v. Allen (In re Summit Land Co.)*, 13 B .R. 310, 315 (Bankr. D. Utah 1981). The relief requested herein is within the Trustee's business discretion because the fees charged by Mr. Pfaffly are reasonable, the Trustee has sufficient funds to pay all expected administrative expense claims, no further services are necessary from Mr. Pfaffly, and reasonably prompt payment encourages specialized professionals to work with bankruptcy estates. There is no good reason to delay payment.

    C.    **Notice of Motion**

23. Trustee has provided at least twenty-one (21) days' notice of this Motion by electronic mail to all parties receiving electronic notice through the Court's CM/ECF system, and by U.S. mail to SoyNut's 20 largest unsecured creditors, all *E.coli* claimants, and all parties

requesting notice. Trustee submits that such notice is adequate and that no other or further notice is necessary under the circumstances.

WHEREFORE, the Trustee respectfully requests that the Court enter an order: (i) approving the fees of Mr. Pfaffly in the amount of $77,320.00; (ii) authorizing the payment of approved fees to Mr. Pfaffly; and (ii) granting such further relief as the Court deems appropriate.

Dated: October 24, 2018

        GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By: /s/ Dev Sinha
    Dev Sinha
    Gus A. Paloian (06188186)
    James B. Sowka (6291998)
    Dev Sinha (6314007)
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000
    gpaloian@seyfarth.com
    jsowka@seyfarth.com
    dsinha@seyfarth.com

*Counsel to Chapter 7 Trustee,*
*Gus A. Paloian*