**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re:* | Chapter 7 |
| SOYNUT BUTTER COMPANY | Case No. 17-14970 |
| *Debtor.* | Hon. LaShonda A. Hunt |

**NOTICE OF APPLICATION**

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on November 15, 2018 at 10:00 a.m., the undersigned shall appear before the Honorable LaShonda A. Hunt, or whomever may be sitting in her place and stead, in courtroom 719, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604 and will then and there present the **First and Final Application of Shaw Fishman Glantz & Towbin LLC as Special Conflicts Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, at which time you may appear if you deem fit.

Dated: October 25, 2018

Respectfully submitted,

*/s/ Mark L. Radtke*
Richard M. Fogel
Mark L. Radtke
David R. Doyle
FOX ROTHSCHILD LLP
321 N. Clark Street, Ste. 800
Chicago, IL 60654
Tel: (312) 541-0151

*Special Conflicts Counsel to the
Chapter 7 Trustee*

250192\00001\69334057.v1

## CERTIFICATE OF SERVICE

David R. Doyle certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **First and Final Application of Shaw Fishman Glantz & Towbin LLC as Special Conflicts Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, upon the attached Service List in the manner indicated on this 25th day of October, 2018.

/s/ David R. Doyle

## SOYNUT BUTTER COMPANY
## SERVICE LIST

**VIA CM/ECF**

- Joseph A Baldi    jabaldi@baldiberg.com
- William J Connelly    wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
- David R Doyle    ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
- John Eggum    jeggum@fgppr.com, mmcnulty@fgppr.com
- Richard M. Fogel    rfogel@foxrothschild.com
- Craig T Goldblatt    craig.goldblatt@wilmerhale.com
- Susan N.K. Gummow    sgummow@fgppr.com, bcastillo@fgppr.com
- Christopher J Harney    charney@seyfarth.com, ctholen@seyfarth.com; chidocket@seyfarth.com
- Bret Harper    bharper@seyfarth.com, chidocket@seyfarth.com
- Paula K. Jacobi    pjacobi@btlaw.com, jsantana@btlaw.com
- Colette L Kopon    ckopon@koponairdo.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Shomshon Moskowitz    smoskowitz@frltd.com, pgutierrez@frltd.com
- Gary Newland    gary@newlandlaw.com, mike@newlandlaw.com; steve@newlandlaw.com
- Gus A Paloian    gpaloian@seyfarth.com, gpaloian@iq7technology.com; jmcmanus@seyfarth.com
- Paul Parker    pparker@karballaw.com, wkarbal@karballaw.com; ctowns@karballaw.com; Craig.Goldblatt@wilmerhale.com
- Richard C Perna    rperna@frltd.com, pgutierrez@frltd.com
- Mark L Radtke    mradtke@foxrothschild.com, plove@foxrothschild.com; chdocket@foxrothschild.com
- Marcos Reilly    mreilly@hinshawlaw.com, courtfiling@hinshawlaw.com; anardulli@hinshawlaw.com
- Joel H Shapiro    jshapiro@kksclaw.com
- Devvrat V Sinha    dev@weissberglaw.com, Hava@weissberglaw.com; sarah@weissberglaw.com;ariel@weissberglaw.com;victor@weissberglaw.com; rakesh@weissberglaw.com;Rochelle@weissberglaw.com;weissberg401@gmail.com
- Craig Young    craig.young@kutakrock.com, Andrea.Calderon@KutakRock.com

**VIA CERTIFIED U.S. MAIL, POSTAGE PREPAID**

Mark G. Sander, President
First Midwest Bank
f/k/a The People's Bank of Arlington Heights
One Pierce Place
Itasca, Illinois 60143

**VIA U.S. MAIL**

ADM Soy Oil Division
P.O. Box 92572
Chicago, IL 60675

American International Foods
8066 Fulton Street East
Ada, MI 49301

Allen, Allen, Allen & Allen
Counsel for Jamie Hustad
1809 Staples Mill Road
Richmond, VA 23230

Aliments Koyo Quebec
4605 Hickmore, St. Laurent
H4T 1S5
Quebec Canada

Avatar Corporation
500 Central Avenue
University Park, IL 60484

Best Transportation Services, Inc.
1020 Davey Road
Woodridge, IL 60517

Aproveche, LLC
c/o Livingston, Barger, Brandt & Schroeder
115 W. Jefferson Street, Suite 400
Bloomington, IL 61701

Brittany Weber & A.J. Weber
c/o Jeffrey M. Goldbert Law Offices
20 N. Clark Street
Chicago, IL 60602

Bunge Milling, Inc.
2612 Solution Center
Chicago, Illinois 60677-2006

Castle Pierce
2247 Ryf Road
Oshkosh, WI 54904

Barb Devito
2618 Ruthfitzgerald Drive
Plainfield, IL 60586

Business to Business
161 S. Lincolnway, Suite 304
North Aurora, IL 60542

Caylen & Melissa Lee and Son
2839 Sombrero Circle
San Ramon, CA 94583

Century Container Corp.
2600 S. 25th Avenue, #2
Broadview, IL 60155

Paul Barrett Kiernan
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA 92101

FedEx
c/o CT Corporation System
208 S. LaSalle Street, #814
Chicago, IL 60604

Creative Energy Foods, Inc.
9957 Medford Avenue
Oakland, CA 94603

Coastal Marketing
26 Rainbow Bridge Court
San Ramon, CA 94582

Robert C. Carl
10827 Charismatic Lane
Union, KY 41091

CS Brokers
29 Canaveral Dr., Rosedale
Auckland 0632, New Zealand

Dixie Dew Products, Inc.
1360 Jamike Avenue
Erlanger, KY 41018

E.F. Reimann Company
785 Oakwood Road
Lake Zurich, IL 60047

Estes Express Lines
3901 W. Broad Street
Richmond, VA 23230

First Logistics
11859 South Central Avenue
Alsip, IL 60803

Garveys Office Products
P.O. Box 5678
Carol Stream, IL 60197-5678

Glenview Offices 2014, LLC
1375 E. Woodfield Road, C50
Schaumburg, IL 60173

Global Sales
1240 E. Ontario Avenue
#102 PMB #316
Corona, CA 92881

GoodSource Solutions
3115 Melrose Drive
Suite 160
Carlsbad, CA 92010

HRK Sales & Marketing
2501 Neff Road
Dayton, OH 45414

J.S.B. Industries Inc.
130 Crescent Avenue
Chelsea, MA 02510

Jewel Food Group, Inc./Albertsons, LLC
150 Pierce Road
Itasca, IL 60143

K&D Networking Marketing
311 S. 3d Street
Watertown, WI 53094

Joan Marie Chrast
125 Front Street
Glencoe, MN 55336

Lauren Goldy
2259 Blue Spruce Drive
Culpeper, VA 22701

Kelli Vanderyby
Derek Vanderby
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

Lisa Leavitt Garcia
Roland Garcia
c/o Newland & Newland LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

La Crosse Milling Company
P.O. Box 86
Cochrane, WI 54622

Lighthouse Logistics
13040 S. Pulaski Road
Alsip, IL 60803

MI Ave Group Advisory Svcs LLC
400 Skokie Blvd.
Northbrook, IL 60062

National Food Group, Inc.
c/o Varnum, LLP
333 Bridge St. NW
Grand Rapids, MI 49501

Orkin Pest Control
5840 North Lincoln Avenue
Chicago, IL 60659

Mosby, Erin and T.A. Simmons
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

Ready Refresh
P.O. Box 856680
Louisville, KY 42085-6680

RPM Logistics
1901 Raymer Avenue
Fullerton, CA 92833

Property/Warehouse
At 4216-20 Commercial Way
Glenview, IL 60025

Retail Services, Inc.
10500 Barkley Suite 102
Overland Park, KS 66212

Spee-Dee
P.O. Box 1417
St. Cloud, MN 56302

Rachel J. Brandt
*Counsel for Aproveche, LLC*
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson Street, Suite 400
Bloomington, IL 61701-3457

Tracy O'Neal
c/o Jeffrey M. Goldberg
20 N. Clark Street, Suite 3100
Chicago, IL 60602

LME, Inc.
1500 W. 33rd Street
Chicago, IL 60608

Mitsubishi International Food Ingredients
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

Phoenix Closures
1899 High Grove Lane
Naperville, IL 60540

Travis Struller Morgan Struller and their child
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

Natural Products
2211 6th Avenue
Grinnell, IA 50112

Packaging Unlimited, LLC
P.O. Box 74008472
Chicago, IL 60674

United Sales and Services, LLC
8011 N. Interstate 70 Frontage
Arvada, CO 80002

World Finer Foods LLC
1455 Broad Street 4th Floor
Bloomingfield, NJ 07003

United Mehadrin Kosher
1001 Prior Avenue South
St. Paul, MN 55116

Peter Feighan
Senior Home Office Consultant
Major Case Unit – Liability
One Hartford Plaza
Hartford, Connecticut 06155

Winpak Portion Packaging, Inc.
c/o CT Corporation System
280 S. LaSalle Street, #814
Chicago, IL 60604

Andrew J. Lang
Compliance Officer
Office of Human & Animal Food Operations
U.S. Food and Drug Administration
6751 Steger Drive
Cincinnati, OH 45237-7070

Peter C. Grenier
*Counsel for Elizabeth Ramchand, and Sunil Ramchand*
Grenier Law Group PLLC
1400 L Street, NW, Suite 420
Washington, DC 20005-3509

Stephen Grubb
655 Grove Avenue
Barrington, IL 60010

Adam and Elizabeth Bagerski
5705 NE 30th Avenue
Portland, OR 97211

Arnold Golden, d/b/a Dearlove Office Center
Landlord
4529 Commercial Way
Glenview, IL 60025

Lee H. Ogburn
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD 21202-3201

Jeffrey M. Goldberg
*Counsel for Plaintiffs Weber & O'Neal*
JEFFREY M. GOLDBERG LAW OFFICES
20 North Clark Street, Suite 3100
Chicago, IL 60602

Jory D. Lange, Jr.
Alex Barlow
ROBINS CLOUD LLP
2000 West Loop South, Suite 2200
Houston, TX 77027

Dixie Dew
c/o Lev K. Martyniuk
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202

Michael G. Latiff
McDonald Hopkins
*Counsel for Plaintiffs Jewel Foods et al.*
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

Christopher T. Lee
Dickie McCamey
*Counsel for Defendant Dixie Dew Products, Inc.*
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Ms. Stephanie Duley
Claims Examiner – Liability
Target Guest Reporting Center
Sedgwick Claims Management Services, Inc.
P.O. Box 14453
Lexington, KY 40512-4453

Hannah Cash
960 Idylwood Drive SW
Issaquah, WA 98027

Peter Ebb
1 Fairbanks Place
Natick, MA 01760

David A. Izzo
LAW OFFICE OF DAVID A. IZZO
33 N. Dearborn Street, Suite 1605
Chicago, IL 60602

Selective Insurance Company of South Carolina
3426 Toringdon Way
Charlotte, NC 28277

Andrea and Chris Guillet
5022 NE Going Street
Portland, OR 97218

Aidan Klingelhoffer
161 Masonic Avenue
San Francisco, CA 94118

Lisa Leavitt-Garcia
231 Branbury Drive
Campbell, CA 95008

Lily O'Neal
6218 Braden Run
Bradenton, FL 34202

Joseph Giannone
12714 Lake Silver Avenue
Bradenton, FL 34211

Michael Kratz
6 Wembury Court
St. Louis, MO 63131

Melissa Lee
2839 Sombrero Circle
San Ramon, CA 94583

Michael J. Richardson
895 East Oak Drive
Munds Park, AZ 86017

Samuel Schechter
18168 Westminster Drive
Lake Oswego, OR 97034

Mr. Richard Matsuura
Claims Representative
Sedgwick Claims Management Services, Inc.
P.O. Box 14012
Lexington, KY 40512

William D. Marler, Esq.
*Counsel for Plaintiffs Simmons, Leavitt-Garcia. Vanderby, Weber, Stuller, Richardson, Cunningham*
MARLER CLARK LLP PS
1012 First Avenue, Fifth Floor
Seattle, WA 98104-1008

World Finer Foods LLC
Attn: Susan Guerin
1455 Broad Street, 4th Floor
Bloomfield, NJ 07003

Julian Murph
1916 NE Ridgewood Drive
Portland, OR 97212

Nico Carter-Weaver
6215 NE 8th Avenue
Portland, OR 97211

Trevor Simmons
1082 Valentine Court
San Jose, CA 95120

Lucy Stuller
1022 S. 208th
Des Moines, WA 98198

Austin Weber
5306 Falling Leaves Lane
McFarland, WI 53558

Kelli Vanderby
407 Jacquelyn Lane
Petaluma, CA 94952

Evan Stoll
4611 Sheppard Manor Drive
Ellicott City, MD 21042

Christina Morning
Accounting Specialist
Indianhead Foodservice Distributor
313 Hastings Place, P.O. Box 1506
Eau Claire, WI 54702

William D. Nefzger
*Counsel for Andre D. Wells*
Bahe, Cook, Cantley & Nefzger, PLC
The BCCN Building
1041 Goss Avenue
Louisville, KY 40217

Aiden Jones
5350 E. Taylor Street
Apt. 253
Phoenix, AZ 85008

McDonald Hopkins
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

Cameryn Sherbo
22935 SW Hosler Way
Sherwood, OR 97120

Laurence and Susan Shiff
27 Chelsea Drive
Livingston, NJ 07039

Christopher Daniel Shaw
124-16 25th Avenue
College Point, NY 11356

Carpenter, Zuckerman & Rowley, LLP
*Counsel for William L. Mandolph III*
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

Finley Oleksiak
3824 NE 22nd Avenue
Portland, OR 97212

Jacqueline White
14825 Cox Creek Court
Haymarket, VA 20169

Danielyne Petion
169 Cumberback Street
Wyandanch, NY 11798

Caylen and Melissa Lee
2389 Sombrero Circle
San Ramon, CA 94583

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | Chapter 7 |
|---|---|
| SOYNUT BUTTER COMPANY, | Case No. 17-14970 |
| Debtor. | Hon. LaShonda A. Hunt |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Authorized to Provide Professional Services to: | Gus Paloian, chapter 7 trustee |
| Date of Order Authorizing Employment: | February 15, 2018 |
| Period for Which Compensation is Sought: | February 5, 2018 – June 10, 2018 |
| Amount of Fees Sought: | $53,971.00 |
| Amount of Expense Reimbursement Sought: | $391.01 |
| This is a(n): ☐ Interim Application | ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Applicant: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Date:   October 25, 2018 | By:   /s/ *Mark L. Radtke* |
| | One of its Members |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| SOYNUT BUTTER COMPANY, | Case No. 17-14970 |
| Debtor. | Hon. LaShonda A. Hunt |

**FIRST AND FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS SPECIAL CONFLICTS COUNSEL TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Shaw Fishman Glantz & Towbin LLC ("*Shaw Fishman*"), counsel to Gus A. Paloian, not individually, but solely in his capacity as the chapter 7 trustee (the "*Trustee*") of the bankruptcy estate (the "*Estate*") of SoyNut Butter Company (the "*Debtor*"), applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6) and 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1, for entry of an order (i) allowing Shaw Fishman the amount of $53,971.00 (the "*Fees*") as compensation for 110.20 hours of professional services rendered for the period beginning February 5, 2018 through and including June 10, 2018 (the "*Application Period*"), and (ii) allowing Shaw Fishman the amount of $391.01 (the "*Expenses*") as reimbursement for actual costs incurred incidental to those services. In support of this application (the "*Application*"), Shaw Fishman respectfully states as follows:

**Background**

1. On May 12, 2017, the Debtor filed a voluntary petition for relief under chapter 7 of the United States Code, 11 U.S.C. §§ 101 through 1330, as amended (the "*Bankruptcy Code*"), thereby commencing the above-captioned case (the "*Case*").

2. Thereafter, Gus A. Paloian was appointed chapter 7 trustee of the Estate.

Document      Page 11 of 15

3. This Court has subject matter jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

4. Venue of this proceeding and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409

5. On February 6, 2018, the Trustee filed the *Chapter 7 Trustee's Application to Employ Shaw Fishman Glantz and Towbin LLC as Special Conflicts Counsel* [Dkt. No. 44] (the "***Shaw Fishman Retention Application***") to retain Shaw Fishman as special conflicts counsel in connection with the above-captioned bankruptcy case pursuant to 11 U.S.C. §§ 327 and 330 and Fed. R. Bankr. P. 2014. On February 15, 2018, the Court granted the Shaw Fishman Retention Application and authorized the Trustee to retain Shaw Fishman [Dkt. No. 45].

6. Subsequently, Shaw Fishman merged with Fox Rothschild LLP ("***Fox Rothschild***"), effective June 11, 2018. On October 17, 2018, the Court entered an order authorizing the Trustee to retain Fox Rothschild, effective June 11, 2018. [Dkt. No. 420].

**Relief Requested**

7. By this Application, Shaw Fishman seeks the final allowance of the Fees as compensation for services rendered by Shaw Fishman through June 10, 2018, and reimbursement of the Expenses advanced by Shaw Fishman in connection with those services. Fox Rothschild will file a separate application for fees and expenses pertaining to services rendered after June 10, 2018. Shaw Fishman's statements of services rendered and expenses incurred for the Application Period (the "***Invoice***") is attached hereto as <u>Exhibit A</u> and incorporated herein by reference. The Invoice provides detailed descriptions of all services rendered, as well as the timekeeper, date, and amount of time expended.

8.  In the aggregate, Shaw Fishman's attorneys and paralegals rendered 110.20 hours of services in connection with this case during the Application Period at their customary hourly rates, as set forth in the following chart.

| Professional | Title | Hours | Hourly rate | Fees |
|---|---|---|---|---|
| Mark L. Radtke | Member | 109.1 | $490 | $53,459.00 |
| Richard M. Fogel | Of Counsel | 1.0 | $475 | $475.00 |
| David R. Doyle | Associate | .1 | $370 | $37.00 |
| **TOTAL** | | **110.2** | | **$53,971.00** |

9.  Shaw Fishman provided services to the Trustee related to certain settlement/sale agreements and related approval orders and motions seeking the approval of the Settlement Agreements with Sentinel Insurance Company ("***Sentinel***") and Selective Insurance Company of South Carolina ("***Selective Insurance***"). Tasks performed by Shaw Fishman include, but are not limited to, the following:

    a. Negotiated with counsel for Sentinel and Selective Insurance in connection with settlements over insurance policies issued to the Debtor and its supplier, Dixie Dew Products Inc., resulting in net proceeds distributed to the Estate of over $11 million.

    b. Drafted, reviewed and revised settlement agreements between the Estate and Sentinel and Selective Insurance.

    c. Advised the Trustee on his rights under the insurance policies and applicable law, as well as the status of negotiations with Sentinel and Selective Insurance.

    d. Prepared motions for Court approval of the settlements reached with Sentinel and Selective Insurance pursuant to Fed. R. Bankr. P. 9019, reviewed and analyzed objections to the motions, and drafted reply briefs.

    e. Defended the Trustee in an adversary proceeding filed by Mistui Sumitomo Marine Management (U.S.A.), Inc., an insurance company with purported subrogee rights against the Estate, which sought to enjoin Sentinel from entering into the settlement with the Trustee; drafted a motion to dismiss the adversary proceeding and a reply brief in support of the motion to dismiss.

    f. Drafted, reviewed and revised a motion and related documents to establish a claims resolution process and set a claims bar date, which permitted e.Coli claimants and general unsecured creditors to file claims against the Estate.

10. The hourly rates charged by Shaw Fishman compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals. Further, the amount of time spent by Shaw Fishman with respect to the case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the sophistication and experience of opposing counsel and the ultimate benefit to the estate.

11. Whenever possible, Shaw Fishman has conscientiously attempted to avoid having multiple attorneys appear or confer on behalf of the Trustee. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

12. This case involved issues that were legally and factually complex. Given the criteria set forth in 11 U.S.C. § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full and on a final basis.

**Expenses**

13. The aggregate amount of expenses for which reimbursement is being sought is $391.01. All of the expenses for which reimbursement is requested are expenses which Shaw Fishman customarily recoups from its clients and are listed below.

| Pacer Research | Actual Cost | $30.80 |
| Westlaw | Actual or Prorated Cost | $360.21 |

All of the expenses for which reimbursement is requested are actual and necessary expenses which Shaw Fishman incurred in the course of providing services to the Trustee. All expenses

were billed in the same manner as Shaw Fishman bills its non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

### Compliance with 11 U.S.C. § 504

14. In connection between the merger between Shaw Fishman and Fox Rothschild, Shaw Fishman has assigned all of its receivables to Fox Rothschild, including the Fees and Expenses sought by this Application. Shaw Fishman respectfully submits that this arrangement complies with 11 U.S.C. § 504.

### Conclusion

WHEREFORE, Shaw Fishman Glantz and Towbin LLC respectfully requests the entry of an order, substantially in the form attached hereto, that:

a) Approves and allows the Fees in the amount of $53,971.00 on a final basis for services provided during the Application Period;

b) Approves and allows the Expenses in the amount of $391.01 on a final basis for expenses incurred during the Application Period;

c) Authorizes the Trustee to pay Shaw Fishman the Fees and all of Expenses; and

d) Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

*[the remainder of this page intentionally left blank]*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 25, 2018 | SHAW FISHMAN GLANTZ & TOWBIN LLC |
|  | By: */s/ Mark L. Radtke* |

Mark L. Radtke
Richard M. Fogel
David R. Doyle
FOX ROTHSCHILD LLP
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888

*Special Conflicts Counsel for the Trustee*