**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re:* | Chapter 7 |
| SOYNUT BUTTER COMPANY | Case No. 17-14970 |
| *Debtor.* | Hon. LaShonda A. Hunt |

### NOTICE OF APPLICATION

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on March 28, 2019 at 10:00 a.m., the undersigned shall appear before the Honorable LaShonda A. Hunt, or whomever may be sitting in her place and stead, in courtroom 719, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604 and will then and there present the **Final Application of Fox Rothschild LLP as Special Conflicts Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, at which time you may appear if you deem fit.

| | |
|---|---|
| Dated: March 7, 2019 | Respectfully submitted, |
| | */s/ Mark L. Radtke* |
| | Richard M. Fogel |
| | Mark L. Radtke |
| | David R. Doyle |
| | Fox Rothschild LLP |
| | 321 N. Clark Street, Ste. 800 |
| | Chicago, IL 60654 |
| | Tel: (312) 541-0151 |
| | |
| | *Special Conflicts Counsel to the Chapter 7 Trustee* |

**CERTIFICATE OF SERVICE**

      Mark L. Radtke certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **Final Application of Fox Rothschild LLP, Special Conflicts Counsel to Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, upon the attached Service List in the manner indicated on this 7th day of March, 2019.

                                                                           /s/ Mark L. Radtke

**VIA CM/ECF**

- [Joseph A Baldi   jabaldi@baldiberg.com
- William J Connelly   wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
- David R Doyle   ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
- John Eggum   jeggum@fgppr.com, mmcnulty@fgppr.com
- Richard M. Fogel   rfogel@foxrothschild.com
- David J. Gold   dgold@perkinscoie.com, jmatamoros@perkinscoie.com,ecf-f3d8ba2b0968@ecf.pacerpro.com;nbagatti@perkinscoie.com
- Craig T Goldblatt   craig.goldblatt@wilmerhale.com
- Susan N.K. Gummow   sgummow@fgppr.com, bcastillo@fgppr.com
- Christopher J Harney   charney@seyfarth.com, ctholen@seyfarth.com;chidocket@seyfarth.com
- Bret Harper   bharper@seyfarth.com, chidocket@seyfarth.com
- Paula K. Jacobi   pjacobi@btlaw.com, jsantana@btlaw.com
- Candice L Kline   kline@carpenterlipps.com, figueroa@carpenterlipps.com
- Colette L Kopon   ckopon@koponairdo.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
- Shomshon Moskowitz   smoskowitz@frltd.com, pgutierrez@frltd.com
- Gary Newland   gary@newlandlaw.com, mike@newlandlaw.com;steve@newlandlaw.com
- Gus A Paloian   gpaloian@seyfarth.com, gpaloian@iq7technology.com;jmcmanus@seyfarth.com
- Paul Parker   pparker@karballaw.com, wkarbal@karballaw.com;ctowns@karballaw.com;Craig.Goldblatt@wilmerhale.com
- Richard C Perna   rperna@frltd.com, pgutierrez@frltd.com
- Mark L Radtke   mradtke@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- Marcos Reilly   mreilly@hinshawlaw.com, courtfiling@hinshawlaw.com;anardulli@hinshawlaw.com
- Joel H Shapiro   jshapiro@kksclaw.com
- Devvrat V Sinha   dev@weissberglaw.com, jmcmanus@seyfarth.com;ctholen@seyfarth.com;chidocket@seyfarth.com
- Craig Young   craig.young@kutakrock.com, Andrea.Calderon@KutakRock.com

**VIA CERTIFIED U.S. MAIL, POSTAGE PREPAID**

Mark G. Sander, President
First Midwest Bank, f/k/a The People's Bank of Arlington Heights
One Pierce Place
Itasca, Illinois 60143

**VIA U.S. MAIL**

| | |
|---|---|
| ADM Soy Oil Division<br>P.O. Box 92572<br>Chicago, IL 60675 | American International Foods<br>8066 Fulton Street East<br>Ada, MI 49301 |
| Allen, Allen, Allen & Allen<br>Counsel for Jamie Hustad<br>1809 Staples Mill Road<br>Richmond, VA 23230 | Aliments Koyo Quebec<br>4605 Hickmore, St. Laurent<br>H4T 1S5<br>Quebec Canada |
| Avatar Corporation<br>500 Central Avenue<br>University Park, IL 60484 | Best Transportation Services, Inc.<br>1020 Davey Road<br>Woodridge, IL 60517 |
| Aproveche, LLC<br>c/o Livingston, Barger, Brandt & Schroeder<br>115 W. Jefferson Street, Suite 400<br>Bloomington, IL 61701 | Brittany Weber & A.J. Weber<br>c/o Jeffrey M. Goldbert Law Offices<br>20 N. Clark Street<br>Chicago, IL 60602 |
| Bunge Milling, Inc.<br>2612 Solution Center<br>Chicago, Illinois 60677-2006 | Castle Pierce<br>2247 Ryf Road<br>Oshkosh, WI 54904 |
| Barb Devito<br>2618 Ruthfitzgerald Drive<br>Plainfield, IL 60586 | Business to Business<br>161 S. Lincolnway, Suite 304<br>North Aurora, IL 60542 |
| Caylen & Melissa Lee and Son<br>2839 Sombrero Circle<br>San Ramon, CA 94583 | Century Container Corp.<br>2600 S. 25th Avenue, #2<br>Broadview, IL 60155 |
| Paul Barrett Kiernan<br>Cozen O'Connor<br>501 West Broadway, Suite 1610<br>San Diego, CA 92101 | FedEx<br>c/o CT Corporation System<br>208 S. LaSalle Street, #814<br>Chicago, IL 60604 |
| Creative Energy Foods, Inc.<br>9957 Medford Avenue<br>Oakland, CA 94603 | Coastal Marketing<br>26 Rainbow Bridge Court<br>San Ramon, CA 94582 |

Robert C. Carl
10827 Charismatic Lane
Union, KY 41091

CS Brokers
29 Canaveral Dr., Rosedale
Auckland 0632, New Zealand

Dixie Dew Products, Inc.
1360 Jamike Avenue
Erlanger, KY 41018

E.F. Reimann Company
785 Oakwood Road
Lake Zurich, IL 60047

Estes Express Lines
3901 W. Broad Street
Richmond, VA 23230

First Logistics
11859 South Central Avenue
Alsip, IL 60803

Garveys Office Products
P.O. Box 5678
Carol Stream, IL 60197-5678

Glenview Offices 2014, LLC
1375 E. Woodfield Road, C50
Schaumburg, IL 60173

Global Sales
1240 E. Ontario Avenue
#102 PMB #316
Corona, CA 92881

GoodSource Solutions
3115 Melrose Drive
Suite 160
Carlsbad, CA 92010

HRK Sales & Marketing
2501 Neff Road
Dayton, OH 45414

J.S.B. Industries Inc.
130 Crescent Avenue
Chelsea, MA 02510

Jewel Food Group, Inc./Albertsons, LLC
150 Pierce Road
Itasca, IL 60143

K&D Networking Marketing
311 S. 3d Street
Watertown, WI 53094

Joan Marie Chrast
125 Front Street
Glencoe, MN 55336

Lauren Goldy
2259 Blue Spruce Drive
Culpeper, VA 22701

Kelli Vanderyby
Derek Vanderby
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

Lisa Leavitt Garcia
Roland Garcia
c/o Newland & Newland LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

La Crosse Milling Company
P.O. Box 86
Cochrane, WI 54622

Lighthouse Logistics
13040 S. Pulaski Road
Alsip, IL 60803

MI Ave Group Advisory Svcs LLC
400 Skokie Blvd.
Northbrook, IL 60062

LME, Inc.
1500 W. 33rd Street
Chicago, IL 60608

National Food Group, Inc.
c/o Varnum, LLP
333 Bridge St. NW
Grand Rapids, MI 49501

Mitsubishi International Food Ingredients
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

Orkin Pest Control
5840 North Lincoln Avenue
Chicago, IL 60659

Phoenix Closures
1899 High Grove Lane
Naperville, IL 60540

Mosby, Erin and T.A. Simmons
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

Travis Struller Morgan Struller and their child
c/o Newland & Newland, LLP
121 S. Wilke Road #301
Arlington Heights, IL 60005

Ready Refresh
P.O. Box 856680
Louisville, KY 42085-6680

Natural Products
2211 6th Avenue
Grinnell, IA 50112

RPM Logistics
1901 Raymer Avenue
Fullerton, CA 92833

Packaging Unlimited, LLC
P.O. Box 74008472
Chicago, IL 60674

Property/Warehouse
At 4216-20 Commercial Way
Glenview, IL 60025

United Sales and Services, LLC
8011 N. Interstate 70 Frontage
Arvada, CO 80002

Retail Services, Inc.
10500 Barkley Suite 102
Overland Park, KS 66212

World Finer Foods LLC
1455 Broad Street 4th Floor
Bloomingfield, NJ 07003

Spee-Dee
P.O. Box 1417
St. Cloud, MN 56302

United Mehadrin Kosher
1001 Prior Avenue South
St. Paul, MN 55116

Rachel J. Brandt
*Counsel for Aproveche, LLC*
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson Street, Suite 400
Bloomington, IL 61701-3457

Peter Feighan
Senior Home Office Consultant
Major Case Unit – Liability
One Hartford Plaza
Hartford, Connecticut 06155

Tracy O'Neal
c/o Jeffrey M. Goldberg
20 N. Clark Street, Suite 3100
Chicago, IL 60602

Winpak Portion Packaging, Inc.
c/o CT Corporation System
280 S. LaSalle Street, #814
Chicago, IL 60604

Andrew J. Lang
Compliance Officer
Office of Human & Animal Food Operations
U.S. Food and Drug Administration
6751 Steger Drive
Cincinnati, OH 45237-7070

Peter C. Grenier
*Counsel for Elizabeth Ramchand, and Sunil Ramchand*
Grenier Law Group PLLC
1400 L Street, NW, Suite 420
Washington, DC 20005-3509

Stephen Grubb
655 Grove Avenue
Barrington, IL 60010

Adam and Elizabeth Bagerski
5705 NE 30th Avenue
Portland, OR 97211

Arnold Golden, d/b/a Dearlove Office Center
Landlord
4529 Commercial Way
Glenview, IL 60025

Jeffrey M. Goldberg
*Counsel for Plaintiffs Weber & O'Neal*
JEFFREY M. GOLDBERG LAW OFFICES
20 North Clark Street, Suite 3100
Chicago, IL 60602

Dixie Dew
c/o Lev K. Martyniuk
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202

Christopher T. Lee
Dickie McCamey
*Counsel for Defendant Dixie Dew Products, Inc.*
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Hannah Cash
960 Idylwood Drive SW
Issaquah, WA 98027

David A. Izzo
LAW OFFICE OF DAVID A. IZZO
33 N. Dearborn Street, Suite 1605
Chicago, IL 60602

Andrea and Chris Guillet
5022 NE Going Street
Portland, OR 97218

Lisa Leavitt-Garcia
231 Branbury Drive
Campbell, CA 95008

Lily O'Neal
6218 Braden Run
Bradenton, FL 34202

Joseph Giannone
12714 Lake Silver Avenue
Bradenton, FL 34211

Michael Kratz
6 Wembury Court
St. Louis, MO 63131

Lee H. Ogburn
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD 21202-3201

Jory D. Lange, Jr.
Alex Barlow
ROBINS CLOUD LLP
2000 West Loop South, Suite 2200
Houston, TX 77027

Michael G. Latiff
McDonald Hopkins
*Counsel for Plaintiffs Jewel Foods et al.*
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

Ms. Stephanie Duley
Claims Examiner – Liability
Target Guest Reporting Center
Sedgwick Claims Management Services, Inc.
P.O. Box 14453
Lexington, KY 40512-4453

Peter Ebb
1 Fairbanks Place
Natick, MA 01760

Selective Insurance Company of South Carolina
3426 Toringdon Way
Charlotte, NC 28277

Aidan Klingelhoffer
161 Masonic Avenue
San Francisco, CA 94118

Julian Murph
1916 NE Ridgewood Drive
Portland, OR 97212

Nico Carter-Weaver
6215 NE 8th Avenue
Portland, OR 97211

Trevor Simmons
1082 Valentine Court
San Jose, CA 95120

Lucy Stuller
1022 S. 208th
Des Moines, WA 98198

Melissa Lee
2839 Sombrero Circle
San Ramon, CA 94583

Michael J. Richardson
895 East Oak Drive
Munds Park, AZ 86017

Samuel Schechter
18168 Westminster Drive
Lake Oswego, OR 97034

Mr. Richard Matsuura, Claims Representative
Sedgwick Claims Management Services, Inc.
P.O. Box 14012
Lexington, KY 40512

William D. Marler, Esq.
*Counsel for Plaintiffs Simmons, Leavitt-Garcia.*
*Vanderby, Weber, Stuller, Richardson,*
*Cunningham*
MARLER CLARK LLP PS
1012 First Avenue, Fifth Floor
Seattle, WA 98104-1008

World Finer Foods LLC, Attn: Susan Guerin
1455 Broad Street, 4th Floor
Bloomfield, NJ 07003

McDonald Hopkins
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

Cameryn Sherbo
22935 SW Hosler Way
Sherwood, OR 97120

Laurence and Susan Shiff
27 Chelsea Drive
Livingston, NJ 07039

Christopher Daniel Shaw
124-16 25th Avenue
College Point, NY 11356

Austin Weber
5306 Falling Leaves Lane
McFarland, WI 53558

Kelli Vanderby
407 Jacquelyn Lane
Petaluma, CA 94952

Evan Stoll
4611 Sheppard Manor Drive
Ellicott City, MD 21042

Christina Morning
Accounting Specialist
Indianhead Foodservice Distributor
313 Hastings Place, P.O. Box 1506
Eau Claire, WI 54702

William D. Nefzger
*Counsel for Andre D. Wells*
Bahe, Cook, Cantley & Nefzger, PLC
The BCCN Building
1041 Goss Avenue
Louisville, KY 40217

Aiden Jones
5350 E. Taylor Street, Apt. 253
Phoenix, AZ 85008

Finley Oleksiak
3824 NE 22nd Avenue
Portland, OR 97212

Jacqueline White
14825 Cox Creek Court
Haymarket, VA 20169

Danielyne Petion
169 Cumberback Street
Wyandanch, NY 11798

Caylen and Melissa Lee
2389 Sombrero Circle
San Ramon, CA 94583

Carpenter, Zuckerman & Rowley, LLP
*Counsel for William L. Mandolph III*
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re:* | Chapter 7 |
| SOYNUT BUTTER COMPANY | Case No. 17-14970 |
| *Debtor.* | Hon. LaShonda A. Hunt |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Gus Paloian, chapter 7 trustee |
| Date of Order Authorizing Employment: | October 17, 2018 |
| Period for Which Compensation is Sought: | October 1, 2018 – February 28, 2019 |
| Amount of Fees Sought: | $11,856.00[1] |
| Amount of Expense Reimbursement Sought: | $214.45 |
| This is a(n): | ☐ Interim Application    ☒ Final Application |

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 10/25/2018 [Dkt 136] | 6/11/2018-9/30/2018 | $17,110.50 | $17,110.50 | N/A |

| | |
|---|---|
| Applicant: | Fox Rothschild LLP |
| Date:   March 7, 2019 | By:   /s/ *Mark L. Radtke* |
| | One of its Partners |

---

[1] The Fees include estimated expenses in the amount of $200.00 relating to the cost of serving the Application on the creditors of the Estate. The Application does not include any estimated fees expected to be incurred for attendance at the hearing on this Application.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| SOYNUT BUTTER COMPANY, | Case No. 17-14970 |
| Debtor. | Hon. LaShonda A. Hunt |

**FINAL APPLICATION OF FOX ROTHSCHILD LLP, SPECIAL CONFLICTS
COUNSEL TO TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES AND RELATED RELIEF</u>**

Fox Rothschild LLP ("<u>Fox Rothschild</u>"), special conflicts counsel to Gus A. Paloian, not individually, but solely in his capacity as the chapter 7 trustee (the "<u>Trustee</u>") of the bankruptcy estate (the "<u>Estate</u>") of SoyNut Butter Company (the "<u>Debtor</u>"), applies (the "<u>Application</u>") pursuant to 11 U.S.C. §§ 330, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1, for (i) final allowance and payment of $11,856.00[2] (the "<u>Fees</u>) as compensation for 31 hours of professional services rendered on behalf of the Trustee during the period of October 1, 2018 through and including March 28, 2019 (the "<u>Application Period</u>"), and reimbursement of $214.45 for expenses (the "<u>Expenses</u>") incurred incidental thereto, and (ii) final approval of compensation previously applied for and awarded by this Court on an interim basis. In support of the Application, Fox Rothschild respectfully states as follows:

---

[2] The Fees include estimated expenses in the amount of $200.00 relating to the cost of serving the Application on the creditors of the Estate. The Application does not include any estimated fees expected to be incurred for attendance at the hearing on this Application.

**Background**

1. On May 12, 2017, the Debtor filed a voluntary petition for relief under chapter 7 of the United States Code, 11 U.S.C. §§ 101 through 1330, as amended (the "Bankruptcy Code"), thereby commencing the above-captioned case (the "Case").

2. Thereafter, Gus A. Paloian was appointed chapter 7 trustee of the Estate.

3. This Court has subject matter jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

4. Venue of this proceeding and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409

5. On October 12, 2018, the Trustee filed the *Application of Trustee to Retain Mark L. Radtke, Richard M. Fogel and Fox Rothschild LLP as Special Conflicts Counsel* [ECF 127] (the "Retention Application"). As set forth in the Retention Application, the Trustee sought to employ Fox Rothschild as special counsel to provide services related to certain settlement and sale agreements with Sentinel Insurance Company ("Sentinel") and Selective Insurance Company of South Carolina ("Selective Insurance"). In addition, the Trustee proposed that Fox Rothschild represent him in connection with certain claim objections in which the Trustee's primary bankruptcy counsel, Seyfarth Shaw LLP, was unable to represent the Trustee due to potential conflicts of interest.

6. On October 17, 2018, the Court entered an order [ECF 130] (the "Retention Order") granting the Retention Application and authorizing the Trustee to retain Fox Rothschild to render the services set forth in the Retention Application, effective June 11, 2018.

**Relief Requested**

**I.      Final Allowance of Fees and Expenses during Application Period**

7.      Fox Rothschild requests final allowance of the Fees incurred during the Application Period. Pursuant to Local Rule 5082-1, Fox Rothschild's statement of services rendered during the Application Period (the "Invoice") is attached hereto as Exhibit A. The Invoice provides detailed descriptions of all services rendered, as well as the timekeeper, date, and amount of time expended. During the Application Period, Fox Rothschild's attorneys and paralegal rendered over 31 hours of services to the Trustee at their customary hourly rates, as set forth in the following chart.

| Professional | Title | Hours | Hourly rate | Fees |
|---|---|---|---|---|
| Mark L. Radtke | Partner | 11.3 | $490.00 | $5,537.00 |
| Richard M. Fogel | Of Counsel | .8 | $475.00 | $380.00 |
| David R. Doyle | Associate | 8.7 | $370.00 | $3,219.00 |
| Christina M. Sanfelippo | Associate | 2.9 | $290.00 | $841.00 |
| Patricia M. Fredericks | Paralegal | 7.3 | $230.00 | $1,679.00 |
| **TOTAL** | | **31.0** | | **$11,656.00** |

8.      The services provided by Fox Rothschild related to the investigation and prosecution of a claim objection, as well as various administrative matters, consistent with the scope of services approved by the Retention Order. Tasks performed by Fox Rothschild include, but are not limited to, the following:

  a. Drafting an application to employ Fox Rothschild;

  b. Communicating with the Trustee regarding retention issues, claim objections, settlement negotiations, and other matters;

  c. Drafting (i) an application for final allowance of fees and expenses for Shaw Fishman Glantz & Towbin LLC, and (ii) an application for interim allowance of fees and expenses for Fox Rothschild, and preparing for and attending a related hearing; and

  d. Analyzing and researching issues relating to Amazon.com's claim against the Estate for reimbursement and contribution relating to potential exposure

3

stemming from the *E.coli* outbreak linked to SoyNut products; drafting an objection to Amazon.com's claim; negotiating with opposing counsel and reaching a settlement over the claim; and preparing for and attending related hearings.

9. The hourly rates charged by Fox Rothschild compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Fox Rothschild professionals. Further, the amount of time spent by Fox Rothschild with respect to the case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the sophistication and experience of opposing counsel and the ultimate benefit to the estate. Whenever possible, Fox Rothschild has conscientiously attempted to avoid having multiple attorneys appear or confer on behalf of the Trustee. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

10. This case involved issues that were legally and factually complex. Given the criteria set forth in 11 U.S.C. § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Fox Rothschild respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full.

11. In addition, Fox Rothschild seeks reimbursement of the Expenses incurred by Fox Rothschild during the Application Period in the amount of $214.45 for postage. The Expenses were actual and necessary, incurred in the course of providing services to the Trustee, and billed in the same manner as Fox Rothschild bills its non-bankruptcy clients. Further, the Expenses

4

constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## II.     Final Allowance of Previously Allowed Fees

12.     In addition, Fox Rothschild requests final allowance of the fees and expenses previously awarded by this Court on an interim basis. On October 25, 2018, Fox Rothschild filed its first interim application for allowance of compensation in the amount of $17,110.50 (the "Interim Award") for the period beginning June 11, 2018 through and including September 30, 2018 [ECF 136] (the "First Interim Application"). On November 15, 2018, this Court entered an order [ECF 140] granting the First Interim Application and allowing the Interim Award on an interim basis pursuant to 11 U.S.C. § 329. The Trustee subsequently paid Fox Rothschild the Interim Award. Fox Rothschild respectfully submits that the Interim Award should be approved on a final basis.

### Compliance with 11 U.S.C. § 504

17.     Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Fox Rothschild and any other firm, person or entity for the sharing or division of any compensation paid or payable to Fox Rothschild.

### Notice

18.     Notice of this Application has been served upon the United States Trustee, the ECF service list, and all of the Debtor's creditors. The Trustee requests that Court approve this notice as sufficient pursuant to Fed. R. Bankr. P. 2002(a)(2).

250192\90611584.v1-3/7/19

**Conclusion**

WHEREFORE, Fox Rothschild LLP respectfully requests the entry of an order, substantially in the form attached hereto, that:

a) Approves and allows the Fees in the amount of $11,856.00 on an final basis for services provided during the Application Period;

b) Approves and allows the Expenses in the amount of $214.45 on an final bases for the Application Period;

c) Approves and allows on a final basis the Interim Award in the amount of $17,110.50;

d) Approves the notice of the Application as provided by Fox Rothschild as sufficient; and

e) Provides Fox Rothschild with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

Dated: March 7, 2019            FOX ROTHSCHILD LLP

By:    */s/ Mark L. Radtke*

Mark L. Radtke
Richard M. Fogel
David R. Doyle
FOX ROTHSCHILD LLP
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888

*Special Conflicts Counsel for the Trustee*